United States Bankruptcy Court
Central District of California

In re: Case No. 24-11074-RC
Tillamook Investments, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2024 Form ID: 309C Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tillamook Investments, Inc., 3927 San Pablo Dam Road, El Sobrante, CA 94803-2823 |
| 42148211 | + | 40800SEGC LLC, 3927 San Pablo Dam, El Sobrante, CA 94803-2823 |
| 42148212 | + | 595s7th LLC, 3927 San Pablo Dam, El Sobrante, CA 94803-2823 |
| 42148213 | + | Alfred Nevis, Register No 03156-510, FCI LOMPOC II, 3901 Klien Blvd., Lompoc, CA 93436-2706 |
| 42148214 | + | BG Asset Management, Inc., c/i Marc Guzman, Registered Agent, 2801 Pinole Valley Road, STE 210, Pinole, CA 94564-1471 |
| 42148215 | + | Buchalter, 805 SW Broadway Suite 1500, Portland, OR 97205-3325 |
| 42148216 | + | Cornelius Farms LLC, 3927 San Pablo Dam, El Sobrante, CA 94803-2823 |
| 42148218 | + | Gilliam County Tax Collector, P.O Box 484, Condon, OR 97823-0484 |
| 42148221 | + | Joseph Gerardis, 3168 El Camino Real, Atascadero, CA 93422-2544 |
| 42148220 | + | Joseph and Isabel Gerardis, 4675 San Anselmo Road, Atascadero, CA 93422-2618 |
| 42148222 | + | Live Oak Rentals, LLC, 3927 San Pablo Dam, El Sobrante, CA 94803-2823 |
| 42148223 | + | Makat Investments, LLC, c/o Walter Weiss Jr., Registered Agent, 1230 SE 214th Ave., Gresham, OR 97030-3418 |
| 42148224 | + | Manji 2514 W, LLC, 3927 San Pablo Dam, El Sobrante, CA 94803-2823 |
| 42148227 | + | San Luis Obispo Tax Collector, Attn: Bankruptcy, 1055 Monterey Street, Room D290, San Luis Obispo, CA 93408-1003 |
| 42148228 | + | Shane T. Mascorro, 1216 Mentone Ave., Grover Beach, CA 93433-2808 |
| 42148229 | + | Tyler Pike, 741 S. 12th Street, Grover Beach, CA 93433-2759 |
| 42148230 | + | USDA Farm Production and Conservati, Gilliam/Wheeler Farm Svc Agency, P.O. Box 467, Condon, OR 97823-0467 |
| 42148231 | | William and Christina Kirwan, Doona West, Ballycroy, Westport, County Mayo, Ireland, F28 AW71 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: skecfmail@gmail.com | Sep 24 2024 00:45:00 | Stephen H Kim, Stephen H. Kim, Attorney at Law, 115 Cayuga Street, Ste 300, Salinas, CA 93901 |
| tr | + | EDI: BJWFAITH.COM | Sep 24 2024 04:22:00 | Jeremy W. Faith (TR), 16030 Ventura Blvd., Suite 470, Encino, CA 91436-4493 |
| smg | ^ | MEBN | Sep 24 2024 00:40:26 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | Sep 24 2024 00:48:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | | EDI: EDD.COM | Sep 24 2024 04:22:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 24 2024 04:22:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42148217 | | EDI: CALTAX.COM | Sep 24 2024 04:22:00 | Franchise Tax Board, Bankruptcy Unit, MS A-340, PO Box 2952, Sacramento, CA |

| | | | |
|---|---|---|---|
| | | | 95812-2952 |
| 42148219 | EDI: IRS.COM | Sep 24 2024 04:22:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42148226 | + EDI: ORREV.COM | Sep 24 2024 04:22:00 | Oregon Dept. of Revenue, ODR Bkcy, 955 Center St., NE, Salem, OR 97301-2553 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42148225 | ##+ | Nolan Leroy Edwards, 15387 Fields Denio Road, Fields, OR 97710-8009 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Tillamook Investments, Inc.<br>Name | EIN: 38−3854196 | |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter: 7 | 9/23/24 |
| Case number: | 9:24−bk−11074−RC | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

05/24

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Tillamook Investments, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3927 San Pablo Dam Road<br>El Sobrante, CA 94803 | |
| **4. Debtor's attorney**<br>Name and address | Stephen H Kim<br>Stephen H. Kim, Attorney at Law<br>115 Cayuga Street<br>Ste 300<br>Salinas, CA 93901 | Contact phone 831−221−5022<br>Email ____________________ |
| **5. Bankruptcy trustee**<br>Name and address | Jeremy W. Faith (TR)<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436 | Contact phone (818) 705−2777<br>Email ____________________ |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1415 State Street,<br>Santa Barbara, CA 93101−2511 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855−460−9641<br><br>Dated: 9/23/24 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **October 30, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 973 812 7924, and Passcode 8746194099, OR call 1 747 281 2473**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

2/

**For more information, see page 2 >**

Debtor **Tillamook Investments, Inc.** Case number **9:24–bk–11074–RC**

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**