Stephen H. Kim (CSB #198891)
Stephen H. Kim, Attorney at Law
115 Cayuga Street
Salinas, CA 93901
(831) 221-5022 Telephone
(831) 221-5045 Facsimile

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TILLAMOOK INVESTMENTS, INC.,<br><br>Debtor(s). | Chapter 7<br>Case No. 9:24-bk-11074-RC<br><br>PROOF OF SERVICE OF DOCUMENT<br><br>TFR HEARING:<br><u>DATE: 8/25/2026</u><br><u>TIME: 10:00 A.M.</u><br><u>COURTROOM: 201</u><br><u>PLACE: 1415 State. St., Santa Barbara, CA</u><br><br><u>OBJECTION TO CLAIM HEARING:</u><br><u>DATE: 9/22/2026</u><br><u>TIME: 10:00 A.M.</u><br><u>COURTROOM: 201</u><br><u>PLACE: 1415 State St., Santa Barbara, CA</u> |

Attached is the proof of service for the Stipulation filed with this Court on August 24, 2026 as Docket No. 137.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

115 Cayuga St., Salinas, CA 93901

A true and correct copy of the foregoing document entitled (*specify*): ____________________________________________
_ STIPULATION AMONG DEBTOR; JEREMY FAITH, TRUSTEE; AND CLAIMANT WILLIAM AND CHRISTINA KIRWAN RESOLVING DEBTOR'S OBJECTION TO TRUSTEE'S FINAL REPORT [DKT. NO. 123] AND OBJECTION TO KIRWANS CLAIM NO. 5 [DKT. NO. 131]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___08/24/2026____________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael G. D'Alba – mgd@lnbyg.com
Jeremy W. Faith (TR) – Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com; leedowding@gmail.com
Elan S. Levey – elan.levey@usdoj.gov, usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
Edwin J. Rambuski – edwin@rambuskilaw.com, marissa@rambuskilaw.com
United States Trustee (ND) – ustpregion16.nd.ecf@usdoj.gov
Pamela Kohlman Webster – pwebster@buchalter.com; smartin@buchalter.com
Timothy J Yoo – TJY@lnbyg.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

William and Christina Kirwan by email (pursuant to written consent to be served via email) at williamkirwan1@gmail.com.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2026 | Stephen H. Kim | /s/ Stephen H. Kim |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |